Report Date: June 7, 2017

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Jamar Robert Wren                    Case Number: 0980 2:14CR00137-RMP-1

Address of Offender: ███████████████           Spokane, Washington 99218

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 2, 2015

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 30 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Matthew F. Duggan           Date Supervision Commenced: November 16, 2016

Defense Attorney:     Federal Defenders Office    Date Supervision Expires: November 15, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/26/2017 and ISSUE A WARRANT.

### ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: Mr. Wren's conditions were reviewed with him on November 21, 2016. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 11, as noted above.

Mr. Wren violated his conditions of supervised release in Spokane, Washington, by failing to notify the undersigned officer within 72 hours of being questioned by law enforcement. On May 25, 2017, according to a Spokane police report, case number 2017-20097462, there had been an altercation between a female, Mr. Wren's estranged girlfriend, and Mr. Wren. The female had contacted Spokane police to report an assault. During the course of the investigation, an officer contacted Mr. Wren and his estranged girlfriend, at a prior address where Mr. Wren had resided. This is the residence of his estranged girlfriend. After the officer interviewed Mr. Wren and his estranged girlfriend, it was determined there was no probable cause at that time to arrest either party involved in the alleged assault. At the time

of this report, Mr. Wren has failed to notify the undersigned officer of his contact with law enforcement. In addition, the undersigned directed Mr. Wren to report on June 5, 2017, to discuss the incident, however, he failed to report.

3  **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Wren's conditions were reviewed with him on November 21, 2016. He signed his judgment acknowledging an understanding of his conditions which includes special condition number, 14, as noted above.

Mr. Wren violated his conditions of supervision in Spokane, Washington, by failing to report to Alcohol Drug Education Prevention and Treatment (ADEPT) for a random urinalysis test on June 1, 2017.

Per his above-referenced condition of supervised release, he was referred to random urinalysis testing at ADEPT. Mr. Wren is assigned the color brown 2 and directed to call ADEPT's urinalysis hotline daily. In the event ADEPT reported the color of the day was brown 2, he was directed to report to their office and submit to a random urinalysis test.

On Thursday, June 1, 2017, the color of the day was brown 2. On June 2, 2017, the undersigned officer received the urinalysis roster from ADEPT from June 1, 2017, and Mr. Wren was marked as a no-show for his random urinalysis.

4  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Wren's conditions of supervision were reviewed with him on November 21, 2016. He signed his judgment acknowledging an understanding of his conditions which include standard condition number 3, as noted above.

As reported in violation number 3 of this petition, Mr. Wren failed to appear for a random urinalysis test on June 1, 2017. On June 5, 2017, the undersigned officer contacted Mr. Wren by telephone at approximately 11:15 a.m. and directed him to report to the probation office immediately to discuss recent noncompliance with his conditions of supervision. When Mr. Wren failed to report as directed, the undersigned officer attempted to contact Mr. Wren again on his cell phone at approximately 4:50 p.m. Mr. Wren did not answer his phone and a voice mail was left advising him he failed to report to the undersigned officer as directed. Another directive was given, advising him that he needed to report to the probation office on June 6, 2017. Mr. Wren again failed to report to the undersigned officer and he has not responded to this officer's voice mail left for him the day prior. It appears Mr. Wren is failing to make himself available for supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2017

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

Signature of Judicial Officer

6/7/2017

Date